

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00118-CV

John S. Bulliner Jr.

v.

El Chico Garcia Jr. and Tyson Garcia

On Appeal from the
61st District Court of Harris County, Texas
Trial Court Cause No. 2019-07182

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

April 6, 2023